UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.   14-cv-61773

JENNIFER DOHERTY and HANI KHOURY, her husband

    Plaintiffs,

v.

ISLAND ROMANCE HOLIDAYS, INC., a Florida corporation d/b/a COUPLES RESORTS a/k/a COUPLES TOWER ISLE; and ISSA HOTELS AND RESORTS LIMITED, a Jamaican Corporation d/b/a COUPLES RESORTS a/k/a COUPLES TOWER ISLE,

    Defendants.
_____/

## COMPLAINT FOR DAMAGES

The Plaintiffs JENNIFER DOHERTY and HANI KHOURY, her husband, by and through their undersigned counsel, sue the Defendants, ISLAND ROMANCE HOLIDAYS, INC., a Florida corporation d/b/a COUPLES RESORTS a/k/a COUPLES TOWER ISLE (hereinafter referred to as "ISLAND ROMANCE"); and ISSA HOTELS AND RESORTS LIMITED, a Jamaican Corporation d/b/a COUPLES RESORTS a/k/a COUPLES TOWER ISLE (hereinafter referred to as "ISSA"), and allege as follows:

1. This is an action in diversity, pursuant to 28 U.S.C. §1332, for damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

2. Venue is proper in the U.S. District Court, Southern District of Florida, pursuant to 28 U.S.C. § 1391 and for the reasons stated below.

CASE NO. 14-cv-61773

3. At all times material, the Plaintiffs JENNIFER DOHERTY and HANI KHOURY were United States citizens and residents of and domiciled in the State of New Jersey.

4. At all times material, Defendant ISLAND ROMANCE was and is a Florida corporation, with its principal place of business located at 10392 West State Road 84, Davie, Florida 33324, and is subject to personal jurisdiction in this Court pursuant to Fla. Stat. § 48.193(1)(a). ISLAND ROMANCE has a registered agent, Richard A. Barber, 803 Shallow Brook Avenue, Winter Springs, Florida 32708.

5. At all times material, the Defendant ISLAND ROMANCE is subject to the personal jurisdiction of this Court pursuant to Fla. Stat. §48.193(2) in that it was engaged in substantial and not isolated interstate and intrastate activity in Florida, through its Davie, Florida office.

6. Defendant ISLAND ROMANCE operates and manages COUPLES RESORTS a/k/a COUPLES TOWER ISLE, the property visited by the Plaintiffs in Ocho Rios, Jamaica.

7. At all times material, Defendant ISSA was and is a Jamaican corporation and is subject to personal jurisdiction in this Court pursuant to Fla. Stat. §48.193(1)(a).

8. Defendant ISSA is further subject to the personal jurisdiction of this Court, pursuant to Fla. Stat. §48.193(2), in that it was, at all times material, engaged in substantial and not isolated interstate and intrastate activity in Florida through an ongoing business relationship with Island Romance.

9. Defendant ISSA operates and manages COUPLES RESORTS a/k/a COUPLES TOWER ISLE.

CASE NO. 14-cv-61773

10. In addition to operating and managing COUPLES RESORTS a/k/a COUPLES TOWER ISLE, at all times material, ISLAND ROMANCE was and is in a formal or informal business relationship with ISSA in which Island Romance served as ISSA's sales and reservation agent for its resorts, including the Couples Resorts a/k/a Couples Tower Isle. ISLAND ROMANCE was created, in part, to manage ISSA's sales and reservation operations, which is an integral part of ISSA's financial and business interests.

## GENERAL ALLEGATIONS

11. On August 4, 2012 Plaintiffs were guests and business invitees of the COUPLES RESORTS a/k/a COUPLES TOWER ISLE in Ocho Rios, Jamaica.

12. On that date, Plaintiff JENNIFER DOHERTY was dining at the Patio Restaurant owned and operated by the Defendants.

13. While standing by the poolside dessert station, Plaintiff JENNIFER DOHERTY was doused with alcohol used by Defendants' agents and/or employees to prepare a dessert dish.

14. After dousing the Plaintiff JENNIFER DOHERTY with alcohol, agents and/or employees of the Defendants negligently, carelessly or intentionally, ignited the alcohol and set her on fire.

15. As a result of being set on fire, the Plaintiff JENNIFER DOHERTY received severe second and third degree burns to her arms, chest, shoulders, neck and face.

16. As a direct and proximate result of the burns, Plaintiff JENNIFER DOHERTY has undergone multiple surgical procedures including several attempted skin grafts which were complicated by severe infections necessitating a seven (7) week hospital stay. The Plaintiff JENNIFER DOHERTY's medical expenses and lost wages to date exceed $400,000. In addition

CASE NO. 14-cv-61773

to permanent physical and emotional scarring, the Plaintiff JENNIFER DOHERTY and her husband HANI KHOURY have sustained the injuries and suffered the damages more fully described in paragraphs (23) through (25) below.

## COUNT I
## DEFENDANT ISLAND ROMANCE - NEGLIGENCE

The Plaintiffs reallege the allegations set forth in paragraphs 1-16, and further allege as follows:

17. As the owner and operator of COUPLES RESORTS a/k/a COUPLES TOWER ISLE, Defendant ISLAND ROMANCE had a duty to exercise reasonable care for the safety of its guests.

18. The Defendant ISLAND ROMANCE, through its agents and employees, breached that duty, and was negligent in the following respects:

   a. Dousing the Plaintiff JENNIFER DOHERTY with alcohol (or other flammable liquid);

   b. Setting the Plaintiff JENNIFER DOHERTY on fire;

   c. Failing to train, educate and supervise its agents and/or employees in food preparation and the use of alcohol (or other flammable liquid) in connection with the same;

   d. Failing to hire competent personnel to prepare food and desserts for guests of the Defendants.

   e. Failing to warn the Plaintiff JENNIFER DOHERTY that it had failed to train, educate and supervise its agents and/or employees in food preparation and the use of alcohol (or other flammable liquid) in connection with the same;

   f. Failing to warn the Plaintiff JENNIFER DOHERTY that agents and/or employees were not competent to safely prepare food and dessert; and

   g. Failing to warn the Plaintiff JENNIFER DOHERTY that agents and/or employees might set her on fire.

19. As a direct and proximate result of the Defendant ISLAND ROMANCE's negligence, Plaintiff JENNIFER DOHERTY and her husband HANI KHOURY have sustained the injuries and suffered the damages more fully described in paragraphs (16) above and (23) through (25) below.

## COUNT II
## DEFENDANT ISSA – NEGLIGENCE

The Plaintiff realleges the allegations set forth in paragraphs 1-16, and further alleges as follows:

20. As the owner and operator of Defendant COUPLES RESORTS a/k/a COUPLES TOWER ISLE, Defendant ISSA had a duty to exercise reasonable care for the safety of its guests.

21. The Defendant ISSA, through its agents and employees, breached that duty, and was negligent in the following respects:

   a. Dousing the Plaintiff JENNIFER DOHERTY with alcohol (or other flammable liquid);

   b. Setting the Plaintiff JENNIFER DOHERTY on fire;

   c. Failing to train, educate and supervise its agents and/or employees in food preparation and the use of alcohol (or other flammable liquid) in connection with the same;

   d. Failing to hire competent personnel to prepare food and desserts for guests of the Defendants.

   e. Failing to warn the Plaintiff JENNIFER DOHERTY that it had failed to train, educate and supervise its agents and/or employees in food preparation and the use of alcohol (or other flammable liquid) in connection with the same;

   f. Failing to warn the Plaintiff JENNIFER DOHERTY that agents and/or employees were not competent to safely prepare food and dessert; and

CASE NO. 14-cv-61773

    g. Failing to warn the Plaintiff JENNIFER DOHERTY that agents and/or employees might set her on fire.

22. As a direct and proximate result of the Defendant ISSA's negligence, Plaintiff JENNIFER DOHERTY and her husband HANI KHOURY have sustained the injuries and suffered the damages more fully described in paragraphs (16) above and (23) through (25) below.

## DAMAGES

23. As a direct and proximate result of the above-described acts and omissions of Defendants, the Plaintiff JENNIFER DOHERTY sustained bodily injuries and resulting pain and suffering, permanent disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of marital consortium, loss of earning and loss of ability to earn money.

24. These losses are either permanent or continuing in nature and the Plaintiff JENNIFER DOHERTY will suffer these losses into the future.

25. As a direct and proximate result of the above-described acts and omissions of the Defendants, Plaintiff HANI KHOURY has lost the services, society and consortium of his wife, in the past and will incur these losses in the future.

## DEMAND FOR JURY TRIAL

WHEREFORE, the Plaintiffs JENNIFER DOHERTY and HANI KHOURY demand judgment against the Defendant ISLAND ROMANCE HOLIDAYS, INC., a Florida corporation d/b/a COUPLES RESORTS a/k/a COUPLES TOWER ISLE; and ISSA HOTELS AND RESORTS LIMITED, a Jamaican Corporation d/b/a COUPLES RESORTS a/k/a COUPLES TOWER ISLE, and further demands a trial by jury of all claims triable as of right by a jury.

CASE NO. 14-cv-61773

Dated this 4th day of August, 2014.

        STEWART TILGHMAN FOX BIANCHI & CAIN, P.A.
        Attorneys for Plaintiff
        1 S.E. 3rd Avenue, Suite 3000
        Miami, FL 33131
        Telephone (305) 358-6644
        Facsimile (305) 358-4707

By: _____
        Gary D. Fox
        Florida Bar No. 224243
        gfox@stfblaw.com
        mdiblasi@stfblaw.com
        emailservice@stfblaw.com

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**: JENNIFER DOHERTY and HANI KHOURY, her husband

**DEFENDANTS**: ISLAND ROMANCE HOLIDAYS, INC., a Florida corporation d/b/a COUPLES RESORTS

**(b)** County of Residence of First Listed Plaintiff: Bergen County, NJ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Broward, FL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*:
Gary D. Fox, Esq.
STEWART TILGHMAN FOX BIANCHI & CAIN, P.A.
1 S.E. 3rd Avenue, Suite 3000

Attorneys *(If Known)*:

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence

**Other:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee – Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Remanded from Appellate Court

## VI. RELATED/RE-FILED CASE(S) *(See instructions)*:

a) Re-filed Case ☐ YES ☒ NO   b) Related Cases ☐ YES ☒ NO
JUDGE: _____   DOCKET NUMBER: _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332, 28 U.S.C. § 1391   Personal Injury/burns sustained due to negligence of Defendants.
LENGTH OF TRIAL via 5 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE: August 4, 2014
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   IFP   JUDGE   MAG JUDGE

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JENNIFER DOHERTY and HANI KHOURY, her husband, Plaintiffs | ) ) ) |
| v. | Civil Action No. |
| ISLAND ROMANCE HOLIDAYS, INC., a Florida corporation d/b/a COUPLES RESORTS a/k/a COUPLES TOWER ISLE; and ISSA HOTELS AND RESORTS LIMITED, a Jamaican Corporation d/b/a COUPLES RESORTS a/k/a COUPLES TOWER ISLE, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To:     **ISLAND ROMANCE HOLIDAYS, INC.,**
        **a Florida corporation d/b/a COUPLES RESORTS**
        **a/k/a COUPLES TOWER ISLE**
        **By Serving:  Richard A. Barber, CPA, Registered Agent**
        **803 Shallow Brook Ave**
        **Winter Springs, FL 32708**

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

    **Gary D. Fox, Esquire**
    **Stewart Tilghman Fox Bianchi & Cain, P.A.**
    **One S.E. Third Avenue**
    **Suite 3000**
    **Miami, Florida 33131**
    **Ph: 305-358-6644**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____     _____
                                              *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF FLORIDA

JENNIFER DOHERTY and )
HANI KHOURY, her husband, )
Plaintiffs

v.                                                              Civil Action No.

ISLAND ROMANCE )
HOLIDAYS, INC., a Florida )
corporation d/b/a COUPLES )
RESORTS a/k/a COUPLES )
TOWER ISLE; and ISSA )
HOTELS AND RESORTS )
LIMITED, a Jamaican )
Corporation d/b/a COUPLES )
RESORTS a/k/a COUPLES )
TOWER ISLE, )
Defendants. )

## SUMMONS IN A CIVIL ACTION

To:    **ISSA HOTELS AND RESORTS LIMITED**
       **a Jamaican corporation d/b/a COUPLES RESORTS**
       **a/k/a COUPLES TOWER ISLE**
       **By Serving:**
       **Glenn Lawrence, Chief Executive Officer**
       **ISSA HOTELS AND RESORTS LIMITED**
       **COUPLES TOWER ISLE**
       **A3, Frankfurt, Jamaica**

A lawsuit has been filed against you.
Within 20 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

   **Gary D. Fox, Esquire**
   **Stewart Tilghman Fox Bianchi & Cain, P.A.**
   **One S.E. Third Avenue**
   **Suite 3000**
   **Miami, Florida 33131**
   **Ph: 305-358-6644**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____             _____
                                         *Signature of Clerk or Deputy Clerk*